**No. 63908.**—F. W. Myers & Co. *v.* United States, protest 257584–K (Ogdensburg).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of packing-box shooks similar in all material respects to those involved in *United States* v. *F. W. Myers & Co., Inc.* (45 C.C.P.A. 48, C.A.D. 671), the claim of the plaintiff was sustained.